UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTINE WOOD

VERSUS

WAL-MART LOUISIANA, LLC, ET AL.

CIVIL ACTION

NO. 13-601-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 30, 2013 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Motion to Remand filed by the plaintiff Christine Wood is GRANTED, and this matter is REMANDED to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 215 day of November, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA